Sup Court

*Rouse & Smith*

***vs***

*Mack & fisher*

</div>

<div align="center">

Filed in the Clerks
office Sept 9. 1822
M DORR    Clk

</div>

SUPREME COURT.

| | |
|---|---|
| *George W. Rouse &*<br>*Silas Smith*<br>     *vs.*<br>*Stephen Mack &*<br>*Otis Fisher* | *To James McCloskey and Shubal Conant.* |

You and each of you are hereby notified to appear, as administrators of the Estate of Otis Fisher deceased, one of the defendants in the above entitled cause, before the Judges of the Supreme Court of the Territory of

Michigan, at the Council House in the City of Detroit on the third Monday of September Instant, to answer for the said Otis Fisher deceased, in the above entitled cause.  Detroit September 9th. 1822.

By order of the Court.

[SEAL]                                                    MELVIN DORR    Clerk